

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00816-CV

**IN THE INTEREST OF A.M.L.**, a Child

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 12-11-21526-CV
Honorable Thomas F. Lee, Judge Presiding

PER CURIAM

Sitting:      Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice

Delivered and Filed:  March 12, 2014

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant G.L. and appellant E.A. filed separate notices of appeal from the trial court's Order of Termination and Final Order in Suit Affecting the Parent-Child Relationship.  The order named G.L. as possessory conservator of the minor child A.M.L., but terminated E.A.'s parental rights to the minor child A.M.L.  Appellant G.L. filed a motion to dismiss his appeal.  We grant G.L.'s motion and dismiss the appeal filed by G.L.  *See* TEX. R. APP. P. 42.1(a)(1).  The appeal filed by appellant E.A. is retained on this court's docket.

PER CURIAM